# United States District Court

__WESTERN__ DISTRICT OF __MISSOURI__

**UNITED STATES OF AMERICA**
      **v.**
**ELLIOTT KYLES**
[DOB: XX/XX/1978]

**CRIMINAL COMPLAINT**

Case Number: 07-00151JTM-01
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)
[NLT: Five Years and NMT: 40 Years Imprisonment, $2,000,000 Fine, NLT: Four Years Supervised Release, Plus $100 Special Penalty Assessment]

**I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. on or about August 13, 2007, in** <u>Jackson</u> **County, in the Western District of Missouri, defendant did,** (Track Statutory Language of Offense)

possession with the intent to distribute five grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance,

**in violation of Title** __21__ **, United States Code, Section(s)** __841(a)(1) and (b)(1)(B)__ .

**I further state that I am a(n)** __Special Agent, ATF__ **and that this complaint is based on the following facts:**

(See attached affidavit.)

**Continued on the attached sheet and made a part hereof:** ☒ **Yes** ☐ **No**

    /s/ Teddy A. Horton
    Signature of Complainant
**TEDDY A. HORTON**
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me and subscribed in my presence,

August 14, 2007     at     Kansas City, Missouri
Date                                                    City and State

HONORABLE JOHN T. MAUGHMER
United States Magistrate Judge         /s/ John T. Maughmer
Name and Title of Judicial Officer         Signature of Judicial Officer