STATE OF MISSOURI )
) ss.
COUNTY OF JACKSON )

A F F I D A V I T

I, Special Agent Teddy A. Horton, being duly sworn, state the following:

1. I, Teddy A. Horton, am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives and have been employed as such since September 2005. I have previously served as a police officer on the St. Louis County, Missouri Police Department for seven years and on the City of Arnold, Missouri Police Department for two years. Based upon my investigation, along with the information provided to me by officers from the Kansas City, Missouri Police Department, I believe the following to be true and correct.

2. In August 2007, Detective Harris received information from a Confidential Informant (CI) who stated a person known to him/her as "Eli" sold crack cocaine and was the cousin of "D-Nutty," later identified as Deandre Clay. Clay was arrested last week, along with three other subjects, who were in possession of over 80 grams of crack cocaine. The CI stated "Eli" lives at XXXX, Kansas City, Jackson County, Missouri, and drives a red Mustang with "rims,"; a black Camaro with "rims"; or anything with "rims," referring to chrome wheels.

3. On August 13, 2007, detectives with the Kansas City, Missouri Police Department Gang Squad located a black Chevy Camaro, with chrome rims, Missouri license XXX-XXX parked in the driveway of XXXX, Kansas City, Jackson County, Missouri. A computer check of the license plate did not respond to the vehicle. A computer check of the address responded to an Elliott KYLES. Surveillance was initiated on the residence. Detectives observed a black male, later identified as Elliott KYLES, DOB: XX/XX/1978, exit the residence, enter the black Chevy Camaro and drive to a car wash located in the XXXX, Kansas City, Jackson County, Missouri. Surveillance crews observed KYLES contact an unknown black male at the car wash and conduct an apparent hand-to-hand narcotics transaction. KYLES left the car wash and returned to XXXX, Kansas City, Jackson County, Missouri, and re-entered the residence. Approximately four minutes later, KYLES exited the residence, entered the black Chevy Camaro and returned to the car wash located in the XXXX, Kansas City, Jackson County, Missouri. Surveillance crews observed KYLES contact an unknown black party and conduct an apparent hand-to-hand narcotics transaction. KYLES then left and returned to XXXX, Kansas City, Jackson County, Missouri, where he re-entered the residence.

4. Approximately nine minutes later Detectives observed KYLES exit the residence, enter the black Chevy Camaro and leave the area. Surveillance was maintained on KYLES and the vehicle. A car check was conducted on the vehicle in the XXXX, Kansas City, Jackson County, Missouri. KYLES, the only occupant of the vehicle, gave verbal consent for the officers to search his vehicle. Officers located a Taurus, Millennium Pro, 45 caliber, semi-auto handgun, Serial Number NXD66857, behind the glove box. The firearm had six rounds of ammunition in the magazine and one round in the chamber.

5. A record check revealed that Elliott KYLES has a 1997 and a 2006 felony conviction for Distribution of a Controlled Substance from Jackson County, Missouri. Furthermore, KYLES is currently on state probation for Distribution of a Controlled Substance and has three prior arrests for narcotics. KYLES was placed under arrest for being a Felon in Possession of a Firearm. KYLES was wearing a blue shirt bearing photographs of deceased people he knows. Detective Harris asked KYLES who the people were and he stated one was Deandre Clay. A search of the vehicle revealed paperwork with the name and address of Elliott KYLES, XXXX, Kansas City, Jackson County, Missouri.

6. Subsequently, a state search warrant for XXXX, Kansas City, Jackson County, Missouri, was obtained. The warrant was executed on August 13, 2007, at approximately 7:10 p.m. Upon execution of the search warrant, detectives located a plastic bag containing approximately 43.6 grams of suspected crack cocaine in a coffee pot in the kitchen. Detectives also located approximately 63.4 grams of a white powder, suspected to be powder cocaine, located inside a coffee mug with a false compartment, inside the kitchen cabinet. The suspected crack and powder cocaine was field tested and tested positive for cocaine base and cocaine. The items have been sent to the Crime Lab for further analysis. Detectives also located a Norinco, MAK-90 Sporter, 7.62X39 caliber, semi-automatic rifle, Serial Number 9338377, in between a mattress and box spring in the northeast bedroom on the second floor of the residence. This bedroom contained numerous items of men's clothing and over 20 pairs of men's tennis shoes. Detectives also located paperwork bearing the name of Elliott KYLES in the office on the second floor, to include an electric bill and a gas bill, displaying the address of XXXX, Kansas City, Jackson County, Missouri. This "office" was located through an adjoining doorway in the bedroom containing the Norinco assault rifle. A woman present at the time of the search told one of the tactical officers that the residence belonged to Elliott KYLES.

7. Based on my experience, and conversations with Special Agents of the ATF who have been trained in the area of the manufacturing of firearms, the firearms listed above were not manufactured in the State of Missouri.

8. I believe the facts and circumstances related in the previous paragraphs constitute probable cause to believe that Elliott KYLES knowingly and unlawfully violated Title 21, United States Code, Sections 841(a)(1) and (b)(1) (B).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

/s/ Teddy A. Horton
TEDDY A. HORTON
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn to before me

this   14th   day of August, 2007.

/s/ John T. Maughmer
HONORABLE JOHN T. MAUGHMER
United States Magistrate Judge
Western District of Missouri

sgs

3