UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| Vs. | ) |
| ELLIOTT M. KYLES, | ) Case No. 07-00311-01-CR-W-NKL |
| | ) |
| Defendant. | ) |

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of February 3, 2012, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Elliott M. Kyles:

**The defendant shall be monitored by the form of location monitoring indicated below for a period of up to 6 months and shall abide by all technology requirements:**

**Active GPS Monitoring (including hybrid GPS)**

**This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:**

**You are restricted to your residence every day as directed by the supervising officer (Curfew).**

**The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the probation officer.**

s/ NANETTE K. LAUGHREY
_____
NANETTE K. LAUGHREY
SENIOR U. S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 3RD day of February, 2012.