IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ELLIOTT M. KYLES,<br><br>      Defendant. | No. 07-00311-01-CR-W-NKL |

## MOTION TO REVOKE SUPERVISED RELEASE

The United States hereby moves the Court to revoke defendant's supervised release based on violations of the following conditions of supervised release.

1. **Violation of Mandatory Condition**, which reads, "The defendant shall not commit another federal, state, or local crime."

2. **Violation of Mandatory Condition**, which reads, "The defendant shall not possesses a firearm, destructive device or any other dangerous weapon."

These violations are set forth in the Violation Report, dated June 17, 2013, written by United States Probation Officer Brian M. Graham.

WHEREFORE, the United States moves the Court to revoke the defendant's supervised release in accordance with this motion.

                Respectfully submitted,

                Tammy Dickinson
                United States Attorney

          By: */s/ Sarah Castle*

                Sarah Castle
                Special Assistant United States Attorney
                Violent Crimes Strike Force Unit
                400 East Ninth Street, Suite 5510
                Kansas City, Missouri 64106
                Telephone: (816) 426-2771

CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing was delivered on June 25, 2013, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Sarah Castle*

Sarah Castle
Special Assistant United States Attorney

SAC/lm